ISAAK RUBINSTEIN et al., on Behalf of Themselves and Others, Appellants, *v.* JAMAICA NATIONAL BANK OF NEW YORK et al., Respondents.

Submitted February 26, 1945; decided April 5, 1945.

*I. Robert Shniper* for appellant.

*William E. Kennedy* and *James Adikes* for Jamaica National Bank of New York, respondent.

Judgment affirmed, with costs; no opinion. [See 294 N. Y. 843.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.